UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS M GLENN,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICO LIFE AND ANNUITY COMPANY,<br>　　　　　　Defendant. | CASE NO. 2:23-cv-01796-JHC<br><br>ORDER |

Before the Court is Defendant's motion to dismiss. Dkt. # 10. The motion is unopposed. *See generally* Dkt. The Court considers the failure to oppose the motion as an admission that it has merit. *See* LCR 7(b)(2). Also, it appears to the Court that, for reasons cited in the motion, dismissal is warranted. Accordingly, the Court GRANTS the motion and DISMISSES this matter without prejudice.

Dated this 26th day of January, 2024.

John H. Chun
United States District Judge

ORDER - 1