# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS M GLENN<br><br>                Plaintiff,<br>   v.<br><br>AMERICO LIFE AND ANNUITY<br><br>COMPANY<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01796-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Rule 12(b)(6) Motion to Dismiss, Dkt. # 10, is GRANTED. Plaintiff's complaint is dismissed without prejudice.

Dated February 2, 2024.

                                                    Ravi Subramanian
                                                    Clerk of Court

                                                    */s/Ashleigh Drecktrah*
                                                    Deputy Clerk